NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3006

CHARLES G. MORGAN,

Petitioner

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF1221080135-W-1.

ON MOTION

ORDER

Upon consideration of Charles G. Morgan's motion to reinstate his petition for review, the Fed. Cir. R. 15(c) form concerning discrimination now having been submitted,

IT IS ORDERED THAT:

(1)    The motion is granted. The mandate is recalled, the court's dismissal order is vacated, and the petition for review is reinstated.

(2)    Morgan's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:    Richard Segerblom, Esq.
       Jane W. Vanneman, Esq.
s8